MJP

FILED

UNITED STATES DISTRICT COURT 07 DEC 11 AM 10: 11

SOUTHERN DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '07 MJ 2866

The person charged as Cavonna Riley now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Middle District of Tennessee on December 10, 2007 with: combine, conspire, confederate, and agree with others known and unknown of unknowingly and intentionally distribute and possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) ,

in violation of: Title 21 United States Code, Section 846.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 12/11/07

U.S. Postal Inspector

Reviewed and Approved

DATE: 12/11/07

Assistant United States Attorney

MIP

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
V.
Cavonna Riley

## WARRANT FOR ARREST

Case Number: 07-3032 MB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Cavonna Riley
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

combine, conspire, confederate, and agree with others known and unknown to knowingly and intentionally distribute and possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)

in violation of Title 21 United States Code, Section(s) 846

Joe B. Brown
Name of Issuing Officer

Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

12/10/2007 Nashville, TN
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
815 E Street, San Diego, CA 92101

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/10/07 | Kelly Cain U.S. Postal Inspector | |
| DATE OF ARREST | | |
| 12/10/07 | | |

MIP

OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Tennessee

UNITED STATES OF AMERICA
V.
CAVONNA RILEY

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 07-3032 MB

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 10/29/07 - 12/10/07 (Date) in Davidson County, in the Middle District of Tennessee defendant(s) did,

(Track Statutory Language of Offense)
combine, conspire, confederate, and agree with others known and unknown to knowingly and intentionally distribute and possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1)

in violation of Title 21 United States Code, Section(s) 846 .

I further state that I am a(n) U.S. Postal Service Inspector (Official Title) and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

[signature]
Signature of Complainant

H.W. Martin
Printed Name of Complainant

Sworn to before me and signed in my presence,

12/10/2007 at Nashville, Tennessee
Date City State

Juliet Brown, Magistrate Judge
Name of Judge, Title of Judge

[signature]
Signature of Judge

MIP

Post Office Express Mail Parcel #EB451910240US and Express Mail Parcel #EB451916865US were mailed from. A search of an address database system showed the name Cavonna Riley to be at the return address of 2922 Massachusetts Ave Lemon Grove, CA 91945. Further follow-up investigation with the post office revealed that Cavonna Riley changed her mailing address from 2922 Massachusetts Ave Lemon Grove, CA 91945 to 570 F ST Chula Vista CA 91910 effective 05-31-07.

6. The next day, on 11-06-07, Express Mail Parcel #EB451916843US and Express Mail Parcel #EB451916865US were presented to a drug detection canine. The drug detection canine alerted to the presence of the odor of controlled substances for Express Mail Parcel #EB451916843US, but did not alert to Express Mail Parcel #EB451916865US.

7. That same day, 11-06-07, Inspector Cain viewed the surveillance video for the Post Office window service for the dates of 11-05-07 and 10-09-07 from the College Grove Post Office. The date of 11-05-07 captured the simultaneous mailing of Express Mail Parcel #EB451916843US and Express Mail Parcel #EB451916865US. The date of 10-09-07 captured the mailing of Express Mail Parcel #EB451910240US. Affiant later viewed the videos. The mailer of Express Mail Parcel #EB451916843US and Express Mail Parcel #EB451916865US that took place on 11-05-07 was a black female adult wearing a black cap, green jacket and black pants. The mailer of Express Mail Parcel #EB451910240US that took place on 10-09-07 was a black male adult with black hair, wearing a green shirt and shorts. The parcel also appeared to be wrapped in brown paper.

8. Inspector Cain then called the Ramada Inn in College Park, Georgia, and asked if there was anyone named Cavonna Riley currently checked in to the hotel. The operator said there was a Cavonna Riley staying there and subsequent connected him to Riley's room. Acting in an undercover capacity as a postal employee, Inspector Cain spoke with a female who identified herself as Cavonna Riley. Inspector Cain asked Riley if she was expecting an Express Mail package from the San Diego area to be delivered to her at the Ramada Inn. Riley said there was a package that was supposed to be there but had not arrived. Inspector Cain asked Riley if she was

expecting the additional Express Mail package to 708 Killian St Apt. #2 Atlanta, GA. Riley said she was not expecting that parcel. Inspector Cain again asked Riley if she was expecting the package coming to the Ramada Inn and not the other package. Riley said, "I believe so". Inspector Cain asked Riley if she knew what was inside the package that was mailed to her at the Ramada Inn. Riley said she thought it was a small anniversary gift card and money. It should be noted the writing "Happy Annivery 50th!" "Way 2 Go" was written on Express Mail Parcel #EB451916865US addressed to "C. Riley/Hewittson 708 Killian St Apt. #2 Atlanta GA 30312" with the return address information of "Mr. Paterson 570 F ST Chula Vista CA 91910". This was the Express Mail parcel that Riley said she was not expecting. Inspector Cain asked Riley for consent to open the packages. Riley said she did not know how she could give consent to packages that were addressed to her from someone she did not know. Inspector Cain told Riley she had already told him she was expecting the one package and now she was stating she was receiving packages from someone she did not know. Riley stated "Someone told me there might be something coming". Riley refused to give me consent to open the packages and said they did not belong to her.

9. On 11-07-07, Affiant obtained two additional Express Mail labels, which had been affixed to packages already placed in the mail stream, with the return address of 570 F ST Chula Vista, CA 91910. Affiant contacted Inspector Cain about these two additional labels. The mailings were addressed to an Extended Stay America in Nashville, TN. Further investigation revealed the Extended Stay America to be in close proximity to the Nashville Airport. Affiant then located twenty-four additional Express Mail labels on packages that previously had been mailed to various locations in the Nashville, TN area with the return addresses listed in the 2800 and 2900 blocks of Massachusetts Ave, Lemon Grove, CA.

10. On 11-07-07, U.S. Magistrate Judge Cathy Ann Bencivengo of the U.S. District Court for the Southern District of California issued a federal search warrant for Express Mail Parcel #EB451916843US. Upon executing the Search Warrant, the parcel was found to contain two bundles of Marijuana that weighed approximately 3,628.5 grams.

11. On 11-07-07, U.S. Magistrate Judge Cathy Ann Bencivengo of the U.S. District Court for the Southern District of California issued a federal search warrant for Express Mail Parcel #EB451916865US. Upon executing the Search Warrant on Express Mail Parcel #EB451916865US, the parcel was found to contain two bundles of Marijuana that weighed approximately 3,543.2 grams.

12. On 12-04-07, Inspector Cain and other Postal Inspectors conducted surveillance of 570 F Street, Chula Vista, CA 91910. Inspectors observed a black female adult, identified as Cavonna Riley from her drivers' license photograph, emerge from the garage area of the residence. The female was holding what appeared to be a brown-colored parcel. Inspector Kimberly Kelly observed the female place the parcel inside a vehicle. Inspectors followed the female to the Horton Plaza Post Office. While inside the Post Office, Inspector Cain observed the female provide the parcel to the postal clerk and pay the postal clerk for the mailing of the parcel. Inspector Cain then observed the female leave the Post Office.

13. After the female left the Post Office, Inspector Cain took custody of the parcel, Express Mail Parcel #EB794472650US. The parcel weighed 10 pounds. Inspector Cain became further suspicious of the parcel for the following reasons: The parcel was wrapped in brown paper, which was similar to the wrapping of Express Mail Parcel #EB451916865US and Express Mail Parcel #EB451916843US. The Express Mail label was handwritten. The size, shape and appearance of the parcel was consistent with parcels previously identified in other investigations that contained controlled substances. The zip code for the sender (91910) was different from the zip code for the office of mailing (92101). Inspector Cain searched an address database system for the return address of "225 Bay Blvd Chula Vista CA 91910" and found that the address was not a valid residential address. The address was listed as a hotel or motel. Further investigation revealed the Good Nite Inn to be located at "225 Bay Blvd Chula Vista CA 91910".

14. On 12-05-07, Express Mail Parcel #EB794472650US was presented to a drug detection canine. The drug detection canine alerted to the presence of the odor of controlled substances.

15. That same day, U.S. Magistrate Judge Ruben B. Brooks of U.S. District Court of the Southern District of California issued a federal search warrant for Express Mail Parcel #EB794472650US. Upon executing the search warrant on Express Mail Parcel #EB794472650US, the parcel was found to contain one bundle of Marijuana that weighed approximately 3,754 grams.

16. Inspector Cain then searched an address database system and discovered that, as of November 2007, Cavonna Riley, Sharrod Jefferson, and Arica Jefferson were listed as current residents of 570 F Street, Chula Vista, CA 91910. Inspector Cain also conducted a search of the change of address system for the United States Postal Service and discovered that on May 31, 2007, a change of address became effective for Cavonna Riley and Sharrod Jefferson. The change of address was made from 2922 Massachusetts Ave., Lemon Grove, CA 91945 to 570 F Street, Chula Vista, CA 91910. No record was located in the change of address system for Arica Jefferson for the 91910 zip code.

17. On December 10, 2007, Postal Inspectors executed a federal search warrant on the premises of 570 F Street, Chula Vista, California, 91910. Inspectors had to enter the residence by force because no one answered the door. When Inspectors entered, they observed Cavonna Riley and Lalita Kellum outside the residence. Inspectors seized marijuana, cash in excess of $ 4400.00 dollars, and shipping records related to Express Mail parcel #EB794472650US.

18. Inspectors Mirandized Cavonna Riley and Lalita Kellum. Cavonna Riley admitted her identity and advised inspectors that she wanted an attorney, and Inspectors ceased all questions.

Further affiant sayeth not.

__________________________
H. Wayne Martin
U.S. Postal Inspector

Signed and Sworn to me this 10th day of December, 2007.

__________________________
Joe Brown, U.S. Magistrate Judge