RICHARD M. BARNETT
Attorney at Law
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Defendant
CAVONNA RILEY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CAVONNA RILEY,<br>Defendant. | Case No. 07-MG-2866<br>**MOTION OF DEFENDANT CAVONNA RILEY SUBSTITUTE ATTORNEY** |

The defendant, Cavonna Riley, hereby substitutes as her attorney in the above-entitled cause Richard M. Barnett, Esq., 105 West F Street, 4th Floor, San Diego, California, 92101, in place and instead of Charles Rees, Esq.

Dated: 12-18-07

CAVONNA RILEY, Defendant

I accept the above substitution.

Dated: 12-18-07

RICHARD M. BARNETT, Esq.

I consent to the above substitution.

Dated: 12-18-07

CHARLES REES, Esq.

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on December 19, 2007, I have caused service of the Motion of Defendant Cavonna Riley to Substitute Attorney on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. Michele Petitte, Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of December, 2007, at San Diego, California.

s/ Richard M. Barnett
RICHARD M. BARNETT