**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**DECEMBER 27, 2007**

**HON. BARBARA L. MAJOR** **DEPUTY CLERK: M. BEHNING**

07mj2866-BLM USA VS CAVONNA RILEY(1/C/ENG)06712298

1: RICHARD BARNETT
AUSA: MICHELLE PETTIT

DETENTION HEARING
=====================================================================
BLM07:1518-1552

DETENTION HEARING HELD
GOVT ORAL MOTION FOR DETENTION (FLIGHT) - DENIED
COURT FINDS SETTING BOND IS APPROPRIATE

DEFT MOTION TO SUBSTITUTE ATTORNEY [3-1] - GRANTED
ATTY CHARLES REES - RELIEVED
ATTY RICHARD BARNETT - RETAINED

THE FOLLOWING COURT ORDERS ARE **STAYED UNTIL 01/03/2008:**
- COURT SETS BOND AT $30,000 P/S SECURED BY DEFT SIGNATURE AND TWO(2) FINANCIALLY RESPONSIBLE ADULTS; GPS (PASSIVE) IS REQUIRED - **STAYED**
- COURT ORDERS DEFT REMOVED FORTHWITH; WARRANT OF REMOVAL SIGNED AND SUBMITTED - **STAYED**