RICHARD M. BARNETT
Attorney at Law
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Defendant
CAVONNA RILEY

FILED
08 JAN -3 AM 11:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CAVONNA RILEY, Defendant. | Case No. 07-MG-2866 **ORDER GRANTING MOTION SUBSTITUTING ATTORNEY** |

IT IS HEREBY ORDERED that RICHARD M. BARNETT be substituted as attorney of record for defendant Cavonna Riley in the above-entitled case.

Dated: 12/27/07

[signature]
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge