# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Cavonna Riley (1) )

CASE NUMBER 07MJ

ABSTRACT OF ORDER

Booking No. 06712298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 01/09/08

the Court entered the following order:

X Defendant be released from custody. TO PTS 01/09/08 BY 9:00AM

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $______ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ______ years.

___ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

X Defendant to be released to Pretrial Services for electronic monitoring. 01/09/08 BY 9:00AM

X Other. PLEASE CONTACT TISHA GARCIA, PRETRIAL SVCS FOR PICK-UP AT 619-520-8452

2008 JAN -9 A 11:12

RECEIVED

______________________________
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

Received ______________________
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY