FILED
JAN 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. **CAVONNA RILEY**, Defendant. | Magistrate Case No. **07MJ2866** **ORDER OF REMOVAL (Defendant Not in Custody)** |

An indictment having been filed in the Middle District of Tennessee, charging defendant **CAVONNA RILEY** with conspiracy to distribute and to possess with intent to distribute marijuana; distribution and possession with intent to distribute marijuana, in violation of Title 21 , United States Code, Sections 846, 841(a)(1); and Title 18, United States Code, Section 2. Defendant **CAVONNA RILEY** was arrested on December 10, 2007, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **CAVONNA RILEY** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **CAVONNA RILEY**, appear before United States Magistrate Judge Juliet Griffin, U.S. Courthouse, Courtroom 764, 801 Broadway, Nashville, TN 37203 on Thursday, January 31, 2008 at noon for further proceedings.

Dated: 1/8/08

**HONORABLE BARBARA L. MAJOR**
United States Magistrate Judge
**Southern District of California**