# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 9, 2008

Clerk, U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville, TN 37203

Re: 07mj2866-BLM, USA v. Covonna Riley

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | X | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | | Waiver of Removal |
| X | Personal Surety Bond | | |

X Other Motion of Defendant Cavonna Riley Substitute Attorney; Waiver of Rule 5(c) and 5.1(a) Hearings; Detention Hearing Minutes; Order Granting Motion Substituting Attorney; Order and Conditions of Pretrial Release; Modified Order and Conditions of Pretrial Release; Abstract of Order Releasing

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/J. Hinkle
Deputy Clerk