# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

08 JAN 28 PM 3:23
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: LP DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

January 16, 2008

Clerk, U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville, TN

BLM

Re: 07mj2866, USA v. Riley

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| ____ | Docket Sheet | ____ | Warrant of Removal |
| ____ | Complaint | ____ | Order of Removal |
| ____ | Minute Order Appointing Counsel | ____ | Detention Order |
| ____ | Corporate Surety Bond | ____ | Waiver of Removal |
| ____ | Personal Surety Bond | | |
| X | Other | Supplemental Bond | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: ______________________
, Deputy Clerk

RECEIVED
IN CLERK'S OFFICE
JAN 2 2 2008
U.S. DISTRICT COURT
MID. DIST. TENN.